DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

TYRONE MARCEL MORGAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0398

_____

February 20, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip James Federico, Judge.

Tyrone Marcel Morgan, pro se.


PER CURIAM.

   We affirm the orders denying the motion filed under Florida Rule of Criminal Procedure 3.800(a) and the motion for rehearing without prejudice to Tyrone Marcel Morgan's right to challenge his habitual felony offender designation in a facially sufficient motion filed under rule 3.800(a). *See Williams v. State*, 957 So. 2d 600, 603–04 (Fla. 2007) (holding a claim alleging a discrepancy between an oral and written sentence that can be resolved by the record is cognizable at any time under rule 3.800(a)).

LUCAS, C.J., and VILLANTI and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.